156 A.3d 170

IN THE MATTER OF THE CIVIL COMMITMENT OF M.O. SVP 464–07.(M.O.–PETITIONER)

November 9, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001260–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.